# EXHIBIT B

# Jamendo Licensing

Jamendo S.A.
51 Rue de Strasbourg
2561   Luxembourg
Luxembourg
VAT: LU22234927

Suno  nc.
17 Dunster Street
Floor 4
Cambridge MA 02138
United States

# Invoice S0002/2025/00378 - PF

**Invoice Date**
23/09/2025

**Due Date**
23/09/2025

| DESCRIPTION | QUANTITY | UNIT PRICE | TAXES | AMOUNT |
|---|---|---|---|---|
| License   International | 55.600,00 Units | 289,0000 | 0% | 16.068.400,00 € |

| | | |
|---|---|---|
| Conditions de règlement :Immediate Payment | Untaxed Amount | 16.068.400,00 € |
| | TVA 0% | 0,00 € |
| Payment Communication: **RF64 9191 59** <br> on this account: ████████████ **0000 - ING** | **Total** | **16.068.400,00 €** |

This invoice is subject to the general terms and conditions of sale available on the website of Jamendo, which have been accepted by the client by downloading the tracks.