**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| S.A. JAMENDO, a company formed under the laws of Grand Duchy of Luxembourg,<br><br>Plaintiff,<br><br>v.<br><br>SUNO INC., a corporation organized under the laws of Delaware, and Does 1 through 50,<br><br>Defendants. | Case No. 1:26-cv-12966-AK |

## S.A. JAMENDO'S VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed in its entirety without prejudice. No defendant has served an answer or a motion for summary judgment.

DATED: August 13, 2026

Respectfully submitted,

S.A. JAMENDO,
By their attorneys,

*/s/ Alexander T. Hornat*
Alexander T. Hornat (BBO # 687588)
ahornat@mccarter.com
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
T: (617) 449-6500
F: (617) 607-9200

Todd A. Roberts (admitted *pro hac vice*)
todd.roberts@ropers.com
Kevin W. Isaacson (admitted *pro hac vice*)
kevin.isaacson@ropers.com
ROPERS MAJESKI PC
333 W. Santa Clara St., Suite 930
San Jose, CA 95113
Telephone: 408.287.6262
Facsimile: 408.918.4501

Breane P. Stryker (admitted *pro hac vice*)
Breane.stryker@ropers.com
ROPERS MAJESKI PC
800 Third Avenue, 29th Floor
New York, NY 10022
Telephone: 212. 668.5927
Facsimile: 212.668.5929

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 13th day of August 2026, the foregoing document was served by First Class Mail and electronic mail to the below:

Britt Lovejoy
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
britt.lovejoy@lw.com

Grace McLaughlin
Alexis Godfrey
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
grace.mclaughlin@lw.com
alexis.godfrey@lw.com

*/s/ Alexander T. Hornat*
Alexander T. Hornat